AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

VS.

CARLOS RODRIGUEZ

**SEALED** WARRANT FOR ARREST

CRIMINAL CASE: 5:09-CR-332-5FL(4)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

_____and he/she shall be brought before the nearest Magistrate/Judge to answer an

**X** SEALED Indictment\_\_\_\_\_Superseding Indictment\_\_\_\_Criminal Information\_\_Complaint

\_\_\_\_ Order of Court: \_\_ Violation Notice\_\_\_Probation Violation Petition charging him/her with violation of\_\_\_United States Code, Section:

Count 1 - Conspiracy - 18 U.S.C. § 371
Count 14, 16-18, 20, 31 - Interstate Transportation Stolen Property (goods) and Aiding and Abetting same - 18 U.S.C. § 2314, 21 & 2
Count 253 - Counterfeit Cigarette Tax Stamps and Aiding and Abetting - 18 U.S.C. § 2315 (second paragraph) & 2

Dennis P. Iavarone
Name of Issuing Officer

*Neal E. Crews* **Neal E. Crews**
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

November 12, 2009 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER *Mike Anderson ATF* | NAME AND TITLE OF ARRESTING *By Karen U. Thomas USMS, E/NC* |
|---|---|---|
| DATE OF ARREST 11-16-2009 | | |

**FILED**

NOV 20 2009

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY \_\_\_\_\_*HAH*\_\_\_\_ DEP CLK