UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-332-5FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | **NOTICE OF WAIVER** |
| | ) | |
| | ) | |
| CARLOS RODRIGUEZ | ) | |
| Defendant | ) | |

___

NOW COMES, Defendant, by and through counsel, and does hereby give notice that he waives his right to appear in person at the pretrial conference scheduled for December 18, 2009 in United States Courthouse in New Bern, North Carolina. Defendant's counsel shall appear in person.

This the 16th day of December, 2009.

/s/Joshua W. Willey, Jr.
Joshua W. Willey, Jr., For the Firm
Mills & Willey
Post Office Drawer 1638
201 Broad Street
New Bern, NC  28563
(252) 638-1111
NC State Bar No.:  8095
Attorney for Defendant

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2009, I served a copy of the foregoing electronically upon:

    John S. Bowler
    Assistant United States Attorney
    310 New Bern Avenue, Suite 800
    Federal Building
    Raleigh, NC  27601-1461

    /s/Joshua W. Willey, Jr.
    Joshua W. Willey, Jr., For the Firm
    Mills & Willey
    Post Office Drawer 1638
    201 Broad Street
    New Bern, NC  28563
    (252) 638-1111
    NC State Bar No.:  8095
    Attorney for Defendant

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com