UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-332-5FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **MOTION TO REQUIRE** |
| ) | **GOVERNMENT TO REVEAL** |
| vs. ) | **ANY AGREEMENTS BETWEEN** |
| ) | **IT AND PROSECUTION** |
| ) | **WITNESSES AND SUPPORTING** |
| CARLOS RODRIGUEZ ) | **MEMORANDUM** |
| Defendant ) | |

_____

Defendant, by and through counsel, moves the Court to issue an order requiring the Government to reveal any agreement entered into between it or any other law enforcement agency and any prosecution witnesses. In support of this Motion and as grounds therefore, the defendant shows to the Court as follows:

The government is required to disclose evidence that is both favorable to an accused and material to either guilt or punishment. Brady v. Maryland, 373 U.S. 83 (1963). This has been interpreted to include disclosure of evidence that could potentially be used to impeach or discredit a government witness. Giglio v. United States, 405 U.S. 150 (1972). The government must therefore disclose all plea agreements and promises of leniency, immunity, or other similar inducements to testify that have been given to witnesses. United States v. Stoop, 121 F.R.D. 269 (E.D.N.C. 1988). This disclosure should be made in time for its effective use at trial. U.S. v. Smith Grading & Paving, Inc., 760 F 2nd 527 (4th Cir, 1985).

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

WHEREFORE, defendant prays unto the Court that an order enter requiring the government to reveal to this counsel any agreement between it, any other prosecutorial agencies, and any prosecution witness at least 15 days prior to trial.

This the 17th day of March, 2010.

/s/Joshua W. Willey, Jr._____
Joshua W. Willey, Jr., For the Firm
Mills & Willey
Post Office Drawer 1638
201 Broad Street
New Bern, NC  28563
(252) 638-1111
NC State Bar No.:  8095
Attorney for Defendant

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2010, I served a copy of the foregoing electronically upon:

          John S. Bowler
          Assistant United States Attorney
          310 New Bern Avenue, Suite 800
          Federal Building
          Raleigh, NC  27601-1461

          /s/Joshua W. Willey, Jr.
          Joshua W. Willey, Jr., For the Firm
          Mills & Willey
          Post Office Drawer 1638
          201 Broad Street
          New Bern, NC  28563
          (252) 638-1111
          NC State Bar No.:  8095
          Attorney for Defendant

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com